

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Sohiel Omar Kabir DEFENDANT(S). | CASE NUMBER 2012 MJ 431 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __12-11-12__, ____, at __9:30__ ☒ a.m. / ☐ p.m. before the Honorable OSWALD PARADA ____, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12-4-12__

U.S. District Judge/Magistrate Judge