JEFFREY A. AARON (No. 135625)
Deputy Federal Public Defender
(Email:  Jeffrey_Aaron@fd.org)
3801 University Avenue, Suite 700
Riverside, CA 92501  951-276-6346  951-276-6368

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>SOHIEL OMAR KABIR, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>ED CR 12-92-VAP<br><br>NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

Ex Parte Application & Proposed Order To File In Camera; In Camera Document

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- ☑ Other  In Camera Document

**Reason:**
- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required ( *reason* ):
  Per reasons stated on the application.

| April 17, 2013 | /s/ Jeffrey A. Aaron |
|---|---|
| Date | Attorney Name |
| | Sohiel Omar Kabir |
| | Party Represented |

*Note:*  File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)                                        NOTICE OF MANUAL FILING