## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | ED CR 12-00092-(B)-VAP | Date | June 9, 2014 |
|---|---|---|---|

| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Marva Dillard | Phyllis Preston | Susan J. Dewitt<br>Christopher Grigg<br>Allen Chiu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| [1] SOHEIL OMAR KABIR<br>[2] RALPH KENNETH DELEON | | X | X | [1] Jeffrey Aaron, Angela Viramontes, DFPD<br>[2] David J. Thomas, CJA | | X | X |

GOVERNMENT'S MOTION TO EXCLUDE TESTIMONY OF JEFFREY VICTOROFF AND TO COMPEL EXPERT DISCLOSURE RE: MARC SAGEMAN (ECF 283);

GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE AN ENTRAPMENT DEFENSE BY EACH DEFENDANT (ECF 300);

GOVERNMENT'S MOTION IN LIMINE TO INTRODUCE AT TRIAL STATEMENTS BY DEFENDANT RALPH DE LEON (ECF 303)

**Proceedings:**

Court issues a tentative ruling, hears oral argument, and takes (ECF 283, and ECF 300), under submission.

Court continues, Government's motion in limine to introduce at trial statements by Defendant Ralph DeLeon, (ECF 303), to June 16, 2014, at 2:00 p.m.

|  | 1 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | md | | |

cc: