HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
JEFFREY A. AARON (Bar No. 135625)
Deputy Federal Public Defender
(E-Mail: jeffrey_aaron@fd.org)
ANGELA C. C. VIRAMONTES (Bar No. 228228)
Deputy Federal Public Defender
(E-Mail:  angela_viramontes@fd.org)
MATTHEW B. LARSEN (Bar No. 287665)
Deputy Federal Public Defender
(E-Mail:  matthew_larsen@fd.org)
3801 University Avenue, Suite 700
Riverside, California  92501
Telephone:  (951) 276-6346
Facsimile:  (951) 276-6368

Attorneys for Defendant
SOHIEL OMAR KABIR

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ED CR 12-92-VAP |
| Plaintiff, | |
| v. | **LETTERS RE:  SENTENCING** |
| SOHIEL OMAR KABIR, | Hearing Date: February 23, 2015 |
| Defendant. | Hearing Time: 9:00 a.m. |

Defendant Sohiel Omar Kabir, through his attorneys of record, hereby submit the attached letters for this Court's consideration in support of sentencing.

                    Respectfully submitted,

                    HILARY POTASHNER
                    Acting Federal Public Defender

DATED: February 19, 2015    By */s/ Jeffrey A. Aaron*
                                        JEFFREY A. AARON
                                        Deputy Federal Public Defender

Dear Honorable Judge Phillips,

I Nahid Kabir mother of Sohiel Kabir am writing this letter as a plea for you to show compassion and forgiveness when sentencing Sohiel. You see early on in Sohiel's life we had to escape from our country Afghanistan to find refuge outside due to the Soviet Invasion. Because of the dire situation Sohiel got very ill when we left, it was almost fatal, we rushed him to emergency in Pakistan. We knew he needed better medical attention so we were granted as emergency visa to USA, I had a sister who lived in Claremont, CA so we decided to just settle there.

Growing up Sohiel had lots of friends and was very much loved by all his teachers and classmates. As Sohiel got older particularly through High School he started encountering trouble making kids that would occasionaly get him into minor problems, his father and I both held full time jobs so we were not there to tackle the issues and help Sohiel to deal with them, Sohiel was very easily influenced by others because he liked to make others happy, when he was around a good group of people he would do good and accomplish impressive things. I wish as his mother I noticed and did something about it when he was younger rather than now. My hope for him were fulfilled again when Sohiel decided to join the Air Force.

Sohiel grew up as an All American kid he would claim American, speak English only, eat American food only he never identified himself as an Afghan. Due to his love for his homeland (U.S.A) he wanted to serve his country joining the Air Force. It was there that Sohiel developed epilepsy and was medically discharged. That crushed him. His life spiraled downward from there as his driving privelages were taken away, his seizures were occurring frequently, he felt very non-productive. That same Sohiel that as a young kid wanted to impress others and be liked and respected was now feeling like a failure, completely isolated. It was then that he and I discussed a change for him and figured Germany would be a good move for a fresh start. Not only did we have lots of family there that could give him a place to stay and help him get situated but it would also take a lot of pressure off of him. It was in Germany that Sohiel received his Certification as an English Teacher through TEFL and was presented an opportunity to go teach in Afghanistan after failing to extend his VISA multiple times in Germany.

It was shortly thereafter that all went miserably wrong. As with most young men Sohiel had goals and aspirations that were not accomplished due to unforeseen reasons like his epilepsy. Some people overcome the challenges other become overwhelmed. In Sohiel's case it was unfortunately the latter but in a positive environment and with the right method of assistance he can easily turn it around.

Your honor, I have a great deal of respect for you as a woman in a high and respectable position to overcome any hurdle and challenges you've faced to get to where you are. Your decision will affect the rest of my son's life, not knowing him personally and having been around him to see his vibrant and

2

funny side, his caring and sensitive nature, I understand that these words I am writing are probably just words. But know that if I felt Sohiel was any form of danger to Society I would not plead for you to show mercy to him. His actions were immature and his words were ignorant. He along with us, his family, have paid a tremendous price for his deeds and now, is the time that he needs to be given an opportunity to correct his wrongs and be a positive member of society. I, his mother will do everything in my power to keep my son from doing or saying anything harmful to any living being regardless of how cool he might think he is. I am pretty sure he realizes it as well.

Sincerely yours

Nahid Kabir

Dear Honorable Judge Phillips,

As a respected and highly admired member of the American Society based on your Profession and Accomplishments I am writing this letter to plead for your Compassion and Mercy for my younger brother Sohiel. He's had a pretty rough up-bringing once we escaped the war in Afghanistan and things weren't particularly that easy growing up in Poverty here in the U.S. As young kids having both Parents working 10-12 hours per day, myself being the eldest sibling had to be the care taker for both of my younger brothers until my parents would arrive home at night therefor we didn't have the most structured household growing up. Sohiel was a bright kid who was well liked, specially because of his sense of humor, he had a knack of making people laugh and would make some crazy sound effects. He could of done some great things in life had we had better guidance or mentors growing up. It's just that our parents who didn't know the system and were struggling with poverty couldn't afford financially nor did they have the know-how to instill the proper upbringing for us during our younger years. With that said, we were always grateful to having the opportunity of escaping the war really integrating within the Melting Pot of the U.S. and seeing where the road would take us.

By the time Sohiel graduated High School and was developing into a manhood, I had realized 2 things about him. 1) He was pretty intelligent and a quick learner. 2) He was extremely lazy. The intelligence began declining as a result of Drug-use along with his medical set-back with having epilepsy as both took a toll on his mental well-being. The laziness was enhanced and optimized with the Marijuana use and the seizures. Being so busy with our own lives, Sohiel was rapidly declining in front of our eyes without us really noticing or assessing it. As if blinders were put on us. He could've yelled Help at the top of his lunges and it would've fell on deaf ears because of our ignorance to it and busy work schedules. This free-fall that he was experiencing was probably freaking him out on the inside.

I'd like to sit here and tell you about How great of a guy my Brother is and always has been, how big a heart he has and how much he's suffered from adolescence to now, which is all true. That's probably the case with most letters you receive from loved ones of the people who have been incarcerated. All of us have made mistakes in life no one's perfect. Truth is, Sohiel needs help, not punishment, he's suffered enough throughout life, there are alternative options to help him. I think every human being should be given an opportunity to change and improve through education and rehabilitation. We need to offer more resources to them and help them to not be disenfranchised but rather be involved in human progression. Giving them lengthy prison terms is not a form of help it's more a form of torture and payback, a means of revenge. Not the answer nor the solution. We've got to have programs available for offenders to make them feel self-worth and valued. Usually that what makes them commit the crime in the first place.

Sohiel, you see was a victim of a vicious cycle of Predator and Prey. You have an informant (predator) who took a situation in the world where Fear and Paranoia has gripped the world, that along with trapping some vulnerable young men who have been disillusioned with a sense of belonging to a world that they felt gave them a sense of being someone. It's sad and heartbreaking what we humans do to eachother coupled with Sohiel's mental problems and disabilities he was the "Perfect Prey" for a Predator who himself had ruined countless number of people's lives and was rewarded for it. Though Sohiel said many things that were out of line and very disturbing I want you to know that his downside is

4

that he boasts a lot but would never do what he says when it comes to hurting any living creature including animals and insects.

I hope you will take into account that my entire family and I will do whatever is possible to see that Sohiel gets help and counseling, understands his self-worth and realizes his faults in order to correct himself and not go down the same path again. It will be a lot easier for him to do that from outside rather than in prison even if given house arrest for the remainder of his life. I assure you we will take all possible measures to get him help, change his views, and possibly have him help others who are facing the same challenges in their lives. I am pleading for you to show mercy for my Brother so he can get the Help he needs to deal with all of the issues he's faced and dealt with from childhood til now.

Sincerely,

Hares Kabir

January 26, 2015

Dear Honorable Judge Virginia Phillips,

My name is Dina Kabir I am married to Hares, Sohiel's brother. I request and plead for leniency in the sentencing of my brother in law Sohiel Kabir. I have come to know him for twelve years now. I've even lived in the same household with him for a portion of those years. Through all these years I've gotten to really know him. He is a compassionate and kind person a bit of a joker and a kid at heart.

When surrounded with children he was very playful and loving. Being the compassionate person that he is, I one day witnessed him picking up a spider with a dust pan and taking it outside and placing it back on the Earth. So I asked Sohiel "Why didn't you just kill it and throw it away? It's going to come back inside." But he replied "I can't kill a living creature." That is why the idea of him committing an atrocity against a human being is completely unfathomable. Yes he is a big show off, talker, bigmouthed guy that likes attention but a person that could harm another is unreal. The allegations of him having an agenda against American troops and or its people is completely false. I have family members who have served our country that he's met and he has never said or done anything threatening or harmful towards them. As a matter of fact they left their kids in his care. Being a Christian woman he has never disrespected or held it against me. Although our beliefs are different he has always been kind and respectful towards me.

This is why I ask of you to please consider leniency for my brother in law Sohiel. He has endured so much and has learned a lot from this whole ordeal. Furthermore we the family will help him to get integrated and be productive. After all America is a Christian nation and one of the main attributes in Christianity is forgiveness. I ask to please pardon Sohiel and grant his return home to his family sooner rather than later. I am extremely thankful for your time and consideration.

Sincerely,

*[signature]*

Dina Kabir

Dear Judge,

I am reaching out to you regarding Mr. Sohiel Omar Kabir also known to us as Snail (patient in everything he does). I consider Sohiel more like a brother than a friend, I've known sohiel for over 15 years and I can say that in all those years, I have never ever seen him be aggressive or burst out in anger towards anyone, he has always been the most generous and kind ,caring and funniest man. He has shown us nothing but love to my six children and respect and loyalty to all his family. He is so great with all children he loves kids. Any family occasion he is the one person we leave to entertain the children because he can get along with the kids and the kids absolutely adore him. He is one of the funniest persons you can ever meet, has these weird little noises to go with everything he says it's hilarious, has a lot of us doing the same noises without us realizing it. He can always bring a smile to our faces no matter how down we are always has positive words for us and makes you feel like there is hope. Meeting sohiel and his family has literally been the best blessing in my life. Sohiel has always been there for my children even though the first 4 of my children are not blood related. He treats them like family. He is a great role model to my children, always taught them right from wrong. My children were at a young age when they met sohiel so they grew up together, I would always depend on him to be there to help me .My husband worked long hours and didn't spend a lot of time at home , but having sohiel around, my children were in good hands. My kids would come home from school in a good mood always because they knew uncle sohiel would be there. He helped me with my newborn ▓▓▓▓ due to me getting surgery he would prepare bottles, hold him with such care and feed him, he would put him to sleep and sometimes baby would fall asleep on his chest, even though sohiel wasn't asleep he would lay for hours so baby wouldn't wake up. He was very protective over them all.

7

My children love and miss him very much and are devastated thinking he won't be around. Sohiel just like everyone else has made foolish mistakes in his past, might have said, wrote things that got him in the situation that he is in, but I know for a fact it isn't like they make it seem, he would never harm no one. We weren't even allowed it kill a bug, he would have it removed outside unharmed. He has taught my children very good things in life .My children now adults, still follow that, that he has taught them. Another incident my son Robert at the time was 9-10 yrs. old drove by with sohiel and came across a dead squirrel and pulled over and he along with my son buried it near the area it was found. Sohiel once picked up an injured bird that was on the side of the road and took it to the vet and paid with his own money. Sohiel loves all creatures of GOD and teaches my children they should too. I deeply know in my heart that Sohiel is a magnificent human being and deserves a second chance to live a life fulfilling his dreams of becoming a father an being married, we all have them dreams and even though we all make mistakes, we learn from them and change out paths in life, life hasn't been so easy for sohiel, he gets these random seizures that has stopped him from accomplishing many of those dreams, he's been in accidents due to the seizures and had his license taken away for a grown man to have to depend on his parents an family to give him rides , its very hard to do his life has changed drastically but yet always had good spirits and positive outlook in life, he joined the air force because he wanted to make a difference but was also taken due to his medical condition, I've have seen many people accused of real tragic crimes and have had second chances. Sohiel made a mistake I'm sure harmless and blown out of proportion and would have never done anything to make his parents be disappointed or harm his family in anyway. Your Honor I appreciate you take the time to read these letters and am grateful and I hope you take my words in consideration and

give Sohiel a second chance to rebuild and start over, he is one of the most decent, caring persons I know and it would be horrible to see that he has to spend all them years in prison for something that I know he's not capable of. He is no harm to no one. He is an upstanding citizen of this country and has never commited a crime prior to what now he is being accused of.

Thank you for your time,

Rosa Maldonado

Dear Judge,

    My relation to Sohiel Kabir is through my stepdad. He's brothers with him. We have gotten really close throughout the years of knowing him and having him as family. I met him when I was about maybe 6-7 years old. I'm 23 years now and remember the times spent like it was yesterday, good memories you don't forget. We get along very we'll, he's always there to give me advice and help me when I needed help even if it was from homework to personal life advice. He is very funny so always made my day when I was with him. He's very trust worthy. He's like a big bother for me. He's a very caring man, always playing and joking with me and my siblings. There's never a dull moment. He is always there for his family. He's a really smart but forgetful person. Some days I'd have to remind him of things he had to do, things he said because he would forget... Sohiel is a good person. His intentions are always good, not just family but everyone. He has always treated me and my siblings with nothing but love. He would take care of us all the time and play with us, games, watch movies with us. Talk to us about life about his life experiences and told us his mistakes an why we should always do well and make the right choices. He's overcome a lot in life. Suffers from seizures a lot due to the injury he had years ago. From what I knew his eye sight was damaged as we'll. He's very positive about it and doesn't let the struggles of life really get to him. I feel like everyone makes mistakes in life and they learn and grow if they are given the chance. I believe he deserves another chance in life. I know him we'll enough to know he had no bad intentions on the things he posted on Facebook. He's an open minded person and likes to research things about the world whether they are true or not he will share them. I just can't imagine him being guilty of what is being put on him of doing. He's not the type of person to hurt anyone. I know he wants a family. I know he wants kids and get married and he deserves to have all of that... I'm sure he wishes he wasn't missing all the things he has already missed with his family. He hasn't even gotten to see my daughters grow and I would love to have him around my daughters. I miss him and his jokes his warm hearted words

when I was down or felt alone. I would do anything I can to help him get another chance of living a better life. All of his family misses him. Judge I know you read many of these letters from family members telling you about how they are... But truthfully he's not a threat... He's not a bad person. He may have not made the best decisions or shared something's on the internet he shouldn't have but what he's being accused of does not sound right to me. As his niece because I do consider him family. He's showed me and my siblings more love than my own family has... I ask you to really consider this letter. Sohiel is the kind of person who will always be there for you. He will always put you first. If he was down to his last 5 dollars and you needed it he would give it to you. He's the funniest guy. He's not perfect but in life you have to fall, you have to break sometimes, that's the only way you can get up and rebuild yourself. I believe he will show everyone he's worthy of starting a brand new life and staying out of trouble if he got the chance.

Sincerely,

Vivian Pichardo

February 2, 2015

Dear Judge,

My name is Haseena Harim, and I am the cousin of Sohiel Kabir. We have been more than just cousins growing up, I consider him a best friend and one to confide in when in need of help. We come from a very large family with several cousins, but there was always something special about his heart. His laugh and presence brightened every room and family gathering. I can't think of many occasions that consisted of family Sohiel didn't attend, he is a family man. When serving in the military the younger generation of cousins could not wait to receive a call or letter, we were devastated to hear the reason he was returning home but relieved he was alive. Watching him slowly fall off after his return was heart breaking, someone so young and ambitious was becoming dependent.   I understand that this case is a sensitive matter, but I also do know Shoiel had no intent in harming anyone. He's a person we refer to as "all bark but no bite". I believe he was guided in the wrong direction and led to say the things he said. His ego was led on by the wrong person. Our family needs Sohiel back and apart of us again, I kindly ask you take this under consideration.

Best Regards,

Haseena Harim

January 20-2015

"Your Honor"

My name is Richard Chandroo I have known Sohio Kabir since the age of 16 and have been a friend of the family ever since. I attended diamond bar high school with Sohio. On a daily bases we ate lunch together, participated in similar activities, such as watching baseball and football games. We also were attending them as well with other friends. In addition we went to the movies, the beach, and attended social gatherings. Sohio is a loving and caring person who looks out for the best interest of his friends and family. Sohio is the type of person who will do whatever it takes to save someone life. I know this personally by experience. My own brother was suffering from what we found out latter to be a deadly case of pancreatitis. Sohio took my brother David from Rosario Mexico back to San Dimas California for emergency medical care. If he had not acted quickly according to medical professionals my brother would have died. I have known sohio to be a great person who would go out of his way to help others as well. When I lived for a short period of time in Dana point with my father, Sohio drove over 2 hrs. To come and visit me. To my beliefs Sohio is not the type of person that would do any harm to another person, I was personally shocked to hear that Sohio was being held for these crimes and don't understand why. Sohio will not commit any offense after realizing the danger of social media. Sohio started off really well by joining the air force to making a positive difference in his life and in the life of others by serving his country. I am personally willing to help him understand the dangers and consequences of using the internet and what to do to avoid such problems. In addition, I am also willing to continue to be a positive role model in Sohios' life by taking him under my wing and spend more time with him. I will help him understand the unforeseen dangers of life in general. I have always been willing to listen, understand, educate, and participate with Sohio in any positive activity that will benefit him physically, mentally, and spiritually in his future.

Sincerely,

*Richard Chandroo*

Richard Chandroo

## PROOF OF SERVICE

I, Kristina Beck, declare that I am a resident or employed in Riverside County, California; that my business address is the Office of the Federal Public Defender, 3801 University Avenue, Suite 700, Riverside, California  92501, (951) 276-6346; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached Letters Re:  Sentencing on the following individual(s) by:

| [X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

Lori Pascover
U.S. Probation Officer
312 N. Spring St., 6th Fl.
Los Angeles, CA 90012

Allen W. Chiu [by ECF]
Assistant U.S. Attorney

Susan DeWitt [by ECF]
Assistant U.S. Attorney

Christopher Grigg [by ECF]
Assistant U.S. Attorney

This proof of service is executed at Riverside, California, on February 19, 2015.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Kristina Beck                     .*
Kristina Beck