CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANGELA C. C. VIRAMONTES (Bar No. 228228)
(E-Mail: Angela_Viramontes@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California  92501
Telephone:  (951) 276-6346
Facsimile:  (951) 276-6368

Attorneys for Defendant
SOHIEL OMAR KABIR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOHIEL OMAR KABIR,<br><br>Defendant. | Case No. ED CR 12-00092-VAP<br><br>**SOHIEL OMAR KABIR'S LETTER RE SENTENCING** |

Defendant Sohiel Omar Kabir, by and through his attorney of record, Deputy Federal Public Defender Angela C. C. Viramontes, hereby submits his letter for the Court's consideration prior to sentencing proceedings.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 2, 2021         By  /s/ Angela C. C. Viramontes
                            ANGELA C. C. VIRAMONTES
                            Deputy Federal Public Defender

# PROOF OF SERVICE

I declare that I am a resident or employed in Riverside, County, California; that my business address is the Office of the Federal Public Defender, 3801 University Avenue, Suite 700, Riverside, California 92501; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **SOHIEL OMAR KABIR'S LETTER RE SENTENCING** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [X] Via Emailing same addressed as follows: |

**EDUARDO CERVANTES**
Supervisory U.S. Probation Officer
Eduardo_Cervantes@cacp.uscourts.gov

This proof of service is executed at Riverside, California, on **June 2, 2021**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*s/ Isabel Rivera*
**ISABEL RIVERA**