Dear Judge Phillips,

Since I've been in prison, I've been sober, my mind is clear now. It took some time for me to get adjusted to being sober, I was having withdrawals, I had cravings and til' today, its presence is everywhere (Institution). But I've changed my ways. I'm not the same person before I came to prison now. I've just been working on myself, my character, my behavior, etc. I go out of my way to help other inmates, I participate in many programs offered at these institutions. I've had jobs - training to be head orderly in Florence, CO (USP) & working as an electrician at USP Canaan in Pennsylvania. I'm not gonna pretend that everything has been easy, it hasn't. I've made mistakes, and I've learned from them. And I know that I'm a better man today than I was yesterday, and I'm striving to be better tomorrow than the day before.

I'm not sure if you aware I have "left temporal lobe" damage from my car accident in 2001 when enlisted in the U.S. military. This specific injury affects me til' today. I have trouble making decisions, I constantly battle/debate with myself, the most simple things, like what to eat . . . to what to wear, to . . . what to do . . . etc. To more important serious matters, there is no cure for this that I know of. But I've been suffering from this for the last 20 years. But not until recently did I realize the symptoms. I try to control it the best way I know how, but it'll only help for the time being. That's why (looking back) I couldn't hold a job for to long.

I would like to let you know that I love my family with all my heart, sincerely. They have done so much for me throughout my life that I could never fully repay them back. Unfortunately I didn't realize this til' I came to prison. But better late than never. Even though I've had more love for my mother than anyone else, I never showed her. I couldn't even say the words "I love you" but now I say it every time before we hang up the phone. I never respected all the sacrifice & hard work my father did just to provide us until I came to prison & cleared my mind & paid attention. Now I actually miss him if I don't talk to him. With regards to my brothers, most of my memories were negative, impaired . . . but seeing everything that they've done for me, supporting me, I now realize that the bond of brotherhood is deep.

I extremely regret, feel sorrow for what I've put them thru for the last 10 years. Not a day goes by that I don't feel regret. But I also use it as a motivation to better myself each & every day. I hope that you allow me to make up for all the shortcomings I've had esp. to my parents. My father is in his mid 70s & my mother is in her late 60s. I don't know how much time they have left. But I would like to spend it with them now that I've become a better son that hopefully one day they can be proud of.

I also want to let you know about some of the things in the government's sentencing paper. The government does not understand the context of the pictures taken with myself and other prisoners. I was placed in a special housing until called "CMU" (Communication Management Unit) in Marion, Illinois & Terra Haute, Indiana. These units have inmates who have high profile cases, half of the 50-man unit had people with similar charges as myself. The CMUs were the only place I could take group pictures, everywhere else you were only allowed to take pix by yourself. Me taking pictures with other inmates is very normal. Most of the pictures I've taken was because I was invited to take a picture. And to turn down an invitation is disrespectful and could lead to problems.

Just because I took pictures with individuals does not mean that we share same values or ideologies or beliefs. Most of them were just fellow Muslim prisoners that I'm doing time with. I even took pictures with people I don't like. I've taken pictures with many people, but the gov't didn't show you any of those. I've spent the last 6+ yrs eating, playing basketball, Dominos & helping non-Muslims & Muslims alike.

There was no particular reason for taking any of my pictures other than for my parents who always ask for pictures of me. I don't look up to any of the people in the picture with me. I'm not trying to be like them.

The gov't gave you a copy of a letter I sent to my mother with a supposed "Islamic State Flag". I got the paper that I used for the letter from another prisoner. At the time, I didn't think much of it. Prisoners give each other papers, stamps, etc. all the time because we run out of supplies. A lot of the prisoners had the banner in their cells or drawings of the banner. The banner says written on top, "There is no God but Allah" & in the circle is "Allah" (top), Muhammed (bottom),

& Messenger (middle). It doesn't say I.S.I.S. The next thing I knew "SIS" (Special Investigative Service) did a raid & took all the papers, drawings, etc. with the banner on it from everyone's cells. One of the prisoners told SIS that it was an Islamic banner, not I.S.I.S. It was a declaration of faith. SIS then gave the prisoners their property back. I would never send my mother an I.S.I.S. banner. I'm not a member of the Islamic State nor do I plan on being one. I've done a complete 180 degree turn around from the time I came to prison til now. I'm a Muslim and trying to be a good and devout Muslim.

Regarding the convo with my brother, we always argue & debate with each other. There was no specific reason for the debate, like most of them. We grew up fighting & arguing w/ each other our whole lives. We're very close in age. There was no motive, no intent. Just 2 brothers getting on each other's nerves. And I would never steer him in the wrong direction or try to influence him in anyway.

In my future, I plan to open/start my own clothing line, volunteer to build shipping containers that are converted into housing for the homeless and hopefully work for animal & environmental rights.

I already have a job lined up for me with my brother, to do Appraisals for homes. I would like the opportunity to get married again & start a family. I love where I grew up & was raised & would like to spend the rest of my life w/ family & friends out here.

6-2-2021